# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### EASTERN DIVISION

**HARRY E. BISHOP,**

    **Petitioner,**

v.

    Civil Action 2:11-cv-00301
    Judge Algenon L. Marbley
    Magistrate Judge E.A. Preston Deavers

**WARDEN BELMONT CORRECTIONAL INSTITUTION,**

    **Respondent.**

## ORDER

On April 15, 2011, the Court ordered Petitioner to pay his filing fee or file an application to proceed without prepayment of fees. (Order, ECF No. 7.) The Court cautioned Petitioner that failure to comply would result in dismissal of the case. The relevant twenty-one day period has passed and the record does not reflect that Petitioner has taken the requisite action. Additionally, Petitioner has failed to prosecute his case, as evidenced by his neglect in keeping the Court apprised of a change in his address. (*See* ECF No. 8); *see also Walker v. Cognis Oleo Chem., LLC*, No. 1:07cv289, 2010 WL 717275, *1 (S.D. Ohio Feb. 26, 2010) ("By failing to keep the Court apprised of his current address, Plaintiff demonstrates a lack of prosecution of his action."). Accordingly, this case is **DISMISSED** without prejudice.

    **IT IS SO ORDERED.**

    s/Algenon L. Marbley
    ALGENON L. MARBLEY
    UNITED STATES DISTRICT COURT

**DATED: July 6, 2011**