**AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO

### JUDGMENT IN CIVIL CASE

**HARRY E. BISHOP,**

    **Petitioner,**

v.

    **Civil Action 2:11-cv-00301**
    **Judge Algenon L. Marbley**
    **Magistrate Judge E.A. Preston Deavers**

**WARDEN BELMONT CORRECTIONAL INSTITUTION,**

    **Respondent.**

[ ] **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[ ] **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

[X] **Decision by Court.** This action was decided by the Court without a trial or hearing.

> IT IS ORDERED AND ADJUDGED That pursuant to the July 7, 2011 Order, the Court DISMISSED this case without prejudice for Plaintiff's demonstration of a lack of prosecution of his action.

Date: **July 6, 2011**        **James Bonini, Clerk**

                                             s/Betty L. Clark
                                             Betty L. Clark/Deputy Clerk